CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL A. CHAGARES
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2839
Fax. (973) 297-2010
email: Michael.Chagares@usdoj.gov
MC5483

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff(s),*<br>v.<br>ZAFRANI, ET AL,<br>*Defendant(s).* | HON. GARRETT E. BROWN, JR<br>*Civil Action No.* 00-3420<br>NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES OF AMERICA, PLAINTIFF |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff, United States of America, substitutes its counsel and attorney of record in this matter.

Former Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL A. CHAGARES
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2839
Fax. (973) 297-2010
email: Michael.Chagares@usdoj.gov
MC5483

is no longer its attorney in this matter.

Plaintiff, United States of America's, new counsel, in this matter, and attorney of record on whom all notices and papers may be served is:

New Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2920
Fax. (973) 297-2010
email: susan.steele@usdoj.gov
SS7042

Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

CHRISTOPHER J. CHRISTIE
United States Attorney

*s/ Michael A. Chagares*

By: ______________________________
MICHAEL A. CHAGARES
Assistant U.S. Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney

By: ______________________________
SUSAN J. STEELE
Assistant U.S. Attorney
Chief, Civil Division